## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BETHANY ALANTIS MACKEY, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)　　Case No. CIV-25-01-CMS<br>　　　　　　　　　　　　　　　　)<br>MICHELLE A. KING, Acting Commissioner )<br>Social Security Administration,　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　) | |

### ORDER

After Defendant denied Plaintiff's application for disability benefits, she sought judicial review and filed a motion for leave to proceed in forma pauperis. [Doc. Nos. 1-2]. The matter was assigned to United States Magistrate Judge Chris M. Stephens pursuant to General Order 23-01. Judge Stephens ordered Plaintiff to cure deficiencies in her motion and she filed an amended motion for leave to proceed in forma pauperis. [Doc. No. 4]. After review, Judge Stephens issued a Report and Recommendation recommending the Court deny Plaintiff's amended motion for leave to proceed in forma pauperis and order her to pay the $405.00 filing fee. [Doc. No. 6]. Plaintiff did not object by her February 12, 2025 deadline and has therefore waived her right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DENIES Plaintiff's amended motion for leave to proceed in forma pauperis. [Doc. No. 4]. Plaintiff's original motion for leave to proceed in forma pauperis [Doc. No. 2] is DENIED as moot. Plaintiff shall pay the $405.00 filing fee no later than March 6, 2025. Failure to pay the filing fee will result in dismissal without prejudice.

IT IS SO ORDERED this 20th day of February, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE